ANNA M. COX, Appellant, *v.* JULIA A. WISNER et al., Respondents.

*Cox* v. *Wisner*, 43 App. Div. 591, affirmed.
(Argued May 2, 1901; decided May 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

November 3, 1899, in favor of defendants, upon the submission of a controversy on an agreed statement of facts, under sections 1279–1281 of the Code of Civil Procedure.

*John M. Shedd* for appellant.

*Charles H. Otis* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.